

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2024

No. 04-23-00779-CV

**IN RE TEXAS MEDICAL LIABILITY TRUST**

Original Mandamus Proceeding[1]

**ORDER**

In accordance with this court's opinion of this date, we conditionally grant Relator's petition for writ of mandamus.

We ORDER the trial court to do the following within thirty days of the date of this order:

(1) vacate its August 10, 2023 Order Regarding the Deposition of Barbara C. Barnett, and

(2) render an order quashing the deposition of Barbara C. Barnett.

After the trial court vacates its August 10, 2023 order, our August 24, 2023 stay will be moot.

We tax costs of court against David J. Freeman, M.D.  Our writ will issue only if we are informed that the trial court has failed to comply with this order.

It is so **ORDERED** on March 20, 2024.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022CI11266, styled *David Friedman, M.D. v. Texas Medical Liability Trust*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.